IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MILTON PETREE | § | |
| | § | |
| | § | |
| VS. | § | CAUSE NO. A-11-CA-836-LY |
| | § | |
| | § | |
| CSC CREDIT SERVICES, INC., EQUIFAX | § | |
| INFORMATION SERVICES, LLC | § | |

### ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas, on **Thursday, April 12, 2012, at 3:30 P.M.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 7th day of March, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE